FILED

NOV 30 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBINSON HAMONANGAN K. PASARIBU, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER Jr., Attorney General, <br><br> Respondent. | No. 07-72023 <br><br> Agency No. A095-630-017 <br><br> MEMORANDUM [*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 17, 2009[**]

Before:    ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Robinson Hamonangan K. Pasaribu, a native and citizen of Indonesia,

petitions for review of the Board of Immigration Appeals' ("BIA") order

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

JLA/Research

dismissing his appeal from an immigration judge's decision denying his application for withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, *Cruz-Navarro v. INS*, 232 F.3d 1024, 1028 (9th Cir. 2000), and deny the petition for review.

Substantial evidence supports the BIA's finding that Pasaribu failed to establish past persecution, *see Lim v. INS*, 224 F.3d 929, 936 (9th Cir. 2000) (threats constitute past persecution only when they are "so menacing as to cause significant, actual suffering or harm"), and failed to demonstrate a clear probability of persecution on account of his Christianity, *see Lolong v. Gonzales*, 484 F.3d 1173, 1179 (9th Cir. 2007) (en banc) ("a general, undifferentiated claim" does not make petitioner eligible for relief); *Hakeem v. INS*, 273 F.3d 812, 816-17 (9th Cir. 2001). Accordingly, his withholding of removal claim fails.

**PETITION FOR REVIEW DENIED.**